

# IN THE
# TENTH COURT OF APPEALS

─────────────

### No. 10-19-00235-CV

─────────────

## IN THE INTEREST OF S.R., JR., A CHILD

─────────────

### From the 278th District Court
### Madison County, Texas
### Trial Court No. 18-16060

─────────────

## REINSTATEMENT AND ABATEMENT ORDER

At a hearing prior to the judgment in this proceeding, the mother of S.R., Jr. made reference to the possible Indian heritage of S.R., Jr.  Neither the trial court, the parents, nor the Department pursued and resolved the issue at that time.

Now, on appeal, in S.R., Jr.'s mother's second and third issue and his father's third issue, appellants complain that the trial court was notified that the child might be an Indian child and therefore, the Indian Child Welfare Act (ICWA) necessitates that the trial court investigate the potential status of the child as an Indian child.  Mindful of the 180-day deadline to dispose of termination appeals, we abated this proceeding for the Department to notify the Bureau of Indian Affairs and for the trial court to make findings

regarding the potential status of the child as an Indian child. The Department failed to comply with this Court's order to send the notice but did send the notice after a hearing conducted by the newly appointed trial court, which resulted in a further order from the trial court to send the notice which we had previously ordered. The mother of S.R., Jr. and another relative testified in that hearing as well.

On November 25, 2019, the trial court entered a second order which requires any responses from the Bureau of Indian Affairs or any tribe to be submitted to the trial court on or before December 6, 2019. The trial court also filed a status report and request for an extension of the abatement until December 16, 2019 with this Court so that the parties may provide supplemental briefing to any responses from the Bureau of Indian Affairs or the notified tribes and for the trial court to make the requested findings.

This Court reinstates this proceeding for the purpose of rendering this order:

The Department of Family and Protective Services and S.R., Jr.'s parents are ordered to comply with the trial court's order of November 25, 2019. Specifically, they are ordered to file the responses from the Bureau of Indian Affairs and any notified tribes with the trial court clerk no later than 5:00 p.m. on December 6, 2019. Further, the parties are ordered to file any supplemental briefing in the trial court addressing the responses of the Bureau of Indian Affairs and any tribes no later than 5:00 p.m. on December 9, 2019.

The trial court is ordered to enter its findings regarding the status of the child no later than December 16, 2019.

This proceeding will be reinstated in this Court on December 17, 2019.

A supplemental clerk's and reporter's record, if any, are ordered to be filed with this Court no later than December 18, 2019 containing any relevant filed documents as well as the trial court's written findings.

The parties are ordered to file any response or supplemental briefing regarding the trial court's findings with this Court no later than December 23, 2019 by 12:00 p.m.

This proceeding is set for submission without oral argument on December 27, 2019.

This proceeding is abated to the trial court for implementation and strict compliance with this scheduling order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Reinstated and Abated
Order issued and filed November 27, 2019
[RWR]

